DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAN H. SELIGMAN and MARC A. SELIGMAN,

Appellants,

v.

THE OASIS MASTER ASSOCIATION, INC., a Florida corporation,

Appellee.

No. 2D22-1687

_____

December 13, 2023

Appeal from the Circuit Court for Pasco County; Kemba Johnson Lewis, Judge.

Dineen Pashoukos Wasykik of DPW Legal, Tampa, for Appellants.

Therese A. Savona, Michael A. Rosenberg, and Nicholas Bastidas of Cole, Scott & Kissane, P.A., Orlando, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.